# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2024-0547
Lower Tribunal No. 2022-CA-002371-O

———————————————

FERMIN NUNEZ,

Appellant,

v.

CREEKSTONE PROPERTY OWNERS ASSOCIATION, INC.,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Heather Pinder Rodriguez, Judge.

September 30, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and NARDELLA, JJ., concur.


Justin R. Clark, of Attorneys Justin Clark & Associates, PLLC, Maitland, for Appellant.

Karen J. Wonsetler, of Wonsetler & Webner, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED